```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**VICKY L. MCELFRESH,**
                **Plaintiff,**

   vs.                              Civil Action 2:07-CV-802
                                      Judge Smith
                                      Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

## ORDER

On July 30, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner of Social Security be reversed and that this action be remanded for further proceedings.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner of Social Security is hereby **REVERSED** and this action is **REMANDED** for further proceedings.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                          s/George C. Smith
                                                   George C. Smith, Judge
                                          United States District Court